UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICARDO GODFREY PINDER<br><br>    Movant,<br><br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CRIMINAL ACTION NO.<br>1:08-CR-0421-3-CAP<br><br>CIVIL ACTION NO.<br>1:12-CV-4347-CAP |

# **O R D E R**

This action is before the court on the magistrate judge's report and recommendation ("R&R") [Doc. No. 215] and the movant's objections thereto [Doc. No. 218]. The movant objects to dismissal of grounds three and four as recommended by the R&R because his attorney did not raise objections to certain arguments at sentencing.

The bases of the magistrate judge's recommendation of the dismissal of grounds three and four of the motion to vacate are that (1) trial counsel made the argument regarding the movant's knowledge of the firearm now urged by the movant and (2) the argument of withdrawal from the conspiracy urged by the petitioner was in conflict with the argument raised by counsel and the

presumption that counsel's strategy was sound has not been overcome.  This court agrees with the reasoning of the magistrate judge.  The objections by the movant do not address that reasoning.  Rather they are nothing more than new claims the movant would like to tack on to his original motion to vacate.

Accordingly, the court ADOPTS the R&R as the order and opinion of this court.

SO ORDERED, this 9th day of July, 2014.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge